Tom Ross v. The State.

No. 8386.     Delivered Jan. 28, 1925.

**Murder**

 Appellant has filed his personal request, under affidavit that he does not further desire to prosecute his appeal, and it is ordered that the appeal be dismissed.

Appeal from the District Court of Lubbock County. Tried below before the Hon. Clark M. Mullican, Judge.

Appeal from a conviction for murder; penalty, thirty-five years in the penitentiary.

*G. E. Lockhart,* of Tahoka; *Bledsoe & Pharr,* of Lubbock, for appellant.

*Dayton Moses,* of Ft. Worth; *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for murder with the punishment assessed at confinement in the penitentiary for thirty-five years. He has filed his personal request under affidavit making known to the court that he does not further desire to prosecute his appeal but desires to withdraw the same.

In compliance with such request it is ordered that the appeal be dismissed.

*Dismissed.*